EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CONSTANCE A. HASSELL #3374
Assistant U.S. Attorney
Room 6100, PJKK Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808)541-2850
Facsimile:  (808)541-2958
Constance.Hassell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 20 2003

at ___ o'clock and ___ min. ___M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. **CR 03-00082** HG |
| Plaintiff, | |
| vs. | INDICTMENT |
| BRANDON TAGATAESE, | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) |
| Defendant. | |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about February 6, 2003, in the District of Hawaii
defendant BRANDON TAGATAESE did knowingly and intentionally
possess with intent to distribute more than five (5) grams of
cocaine base, a Schedule II controlled substance,

//

SEALED
BY ORDER OF THE COURT

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).


        DATED: February __20__, 2003 at Honolulu, Hawaii.

                                A TRUE BILL

                                /s/
                                _____
                                FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
CONSTANCE A. HASSELL
Assistant U.S. Attorney




United States v.Brandon Tagataese
Cr. No. _____
"Indictment"

                    2